IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIRKHEAD,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVANNAH SHARON ELLIS; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants.<br>_____ / | No. C 12-1957 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 21, 2012, the federal defendants United States Immigration and Customs Enforcement and United States of America filed a motion to dismiss. *Pro se* plaintiff Mark Birkhead's opposition to this motion was due on October 5, 2012. Plaintiff did not file any opposition papers, nor did plaintiff request an extension of time or contact the Court in any way.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing to be filed no later than **October 26, 2012**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). If plaintiff responds satisfactorily to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motions to dismiss. The November 2, 2012 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: October 15, 2012

SUSAN ILLSTON
United States District Judge