IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIRKHEAD,<br><br>        Plaintiff,<br><br>  v.<br><br>SAVANNAH SHARON ELLIS and U.S. DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendants.<br>                                      / | No. C 12-1957 SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

      On September 21, 2012, defendant United States Department of Immigration and Customs Enforcement filed a motion to dismiss. *Pro se* plaintiff Mark Birkhead's opposition to this motion was due on October 5, 2012. Plaintiff did not file any opposition, nor did plaintiff request an extension of time. Therefore, on October 15, 2012, the Court ordered plaintiff to show cause in writing no later than October 26, 2012, why the case should not be dismissed without prejudice for failure to prosecute.

      Plaintiff did not ever respond to the order to show cause, in writing or otherwise, and has made no effort to show cause why this action should not be dismissed for failure to prosecute.

      Accordingly, this action is DISMISSED without prejudice for failure to prosecute. Ths Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: October 31, 2012

                                                                      SUSAN ILLSTON<br>
                                                                      United States District Judge