IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK BIRKHEAD,

    Plaintiff,

v.

SAVANNAH SHARON ELLIS and U.S. DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendants.
                            /

No. C 12-1957 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 31, 2012

                                                  SUSAN ILLSTON
                                                  United States District Judge